the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**Michael KURTZ, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of November 2004, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and this case is REMANDED to the trial court for consideration of any remaining issues. See *Siekierda v. Commonwealth of Pennsylvania Dep't of Transp.*, —— Pa. ——, 860 A.2d 76 (2004).

**James E. ERNST, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of November 2004, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and this case is REMANDED to the trial court for consideration of any remaining issues. See *Siekierda v. Commonwealth of Pennsylvania Dep't of Transp.*, —— Pa. ——, 860 A.2d 76 (2004).

**Mark E. ADAMS, Respondent**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 2004.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of November, 2004, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and this case is REMANDED to the trial court for consideration of any remaining issues. See *Siekierda v. Commonwealth of Pennsylvania Dep't of Transp.,* 860 A.2d 76, 2004 WL 2359860 (2004).

**Nina L. STACKHOUSE, Appellant,**

v.

**Joseph E. STACKHOUSE, Appellee.**

Superior Court of Pennsylvania.

Submitted Aug. 16, 2004.
Filed Nov. 10, 2004.